JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. THOLBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANSA PRODUCTIONS, INC., a California corporation, dba LA AUTO SHOW and AUTOMOBILITY LA; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  2:26-cv-06274-CAS-ASx<br><br>(Los Angeles Superior Court Case No. 26STCV12919)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

## <u>ORDER</u>

On June 19, 2026, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1.  The Parties' stipulation is approved;

///

///

1

2. Central District of California case number 2:26-cv-06274-CAS-AS styled JESSICA L. THOLBERG v. ANSA PRODUCTIONS, INC., et al. is hereby remanded to Los Angeles County Superior Court, Case No. 26STCV12919.

**IT IS SO ORDERED.**

Dated: June 24, 2026

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2